**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SUNDAY FRANCIS OJUKWU,

Petitioner,

v. No. 1:26-cv-00229-MLG-KRS

TODD BLANCHE,
Acting Attorney General of the United States; et al.,

Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a) and consistent with the Court's June 11, 2026, Order Granting Petition for Writ of Habeas Corpus and Directing Petitioner's Immediate Release, Doc. 20, the Court issues its separate judgment finally disposing of this case. The Court orders that this civil action is dismissed with prejudice.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA